FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2008 APR 16 AM 11:30
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MARSHAWN DAVIS,

    Petitioner,

v.

RANDY TILLMAN, Warden,

    Respondent.

CIVIL ACTION NO.: CV207-121

## ORDER

Presently before the Court are Davis' Objections to the Magistrate Judge's Report wherein he recommended that Respondent's Motion to Dismiss be granted and that Davis' petition for writ of habeas corpus be dismissed. The Magistrate Judge determined that Davis failed to exhaust his available state remedies prior to filing this cause of action on October 9, 2007.

In his Objections, Davis asserts the Tattnall County Superior Court has a scheme in place to delay making a decision in state habeas proceedings until after petitioners have filed a petition for writ of habeas corpus in federal court. Davis contends the Tattnall County Superior Court will enter an order after a petitioner files a federal habeas petition so that the State can argue in federal court that the petitioner did not exhaust his state remedies.

Davis' Objections are without merit. After an independent review of the record, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of

the Court. Respondent's Motion to Dismiss is **GRANTED**, and Davis' petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, is **DISMISSED**. The Clerk of Court is authorized and directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 16 day of April, 2008.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA